AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Dmtrice Booth a/k/a Mickey<br><br>Defendant(s) | )<br>)<br>)  Case No. 2:12-mj-7<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 23 2012
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Sometime in 2010 - Present  in the county of  Jefferson Davis  in the
Southern  District of  MS, Hattiesburg Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, cocaine hydrochloride and 100 kilograms or more of marijuana. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas O. Deichmann, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: May 23, 2012

_____
Judge's signature

City and state:   Hattiesburg, MS     Michael T. Parker, U.S. Magistrate Judge
Printed name and title

I, Thomas O. Deichmann, being first duly sworn, state as follows:

**Introduction**

I am a Special Agent (SA) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Special Agent of the DEA for approximately 10 years. I am currently assigned to the Gulfport Resident Office. During the course of my employment I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code. Many of these investigations involve the sale and distribution of controlled substances, including cocaine HCL.

**Probable Cause Factual Basis**

1. On January 27, 2011, at law enforcement direction, a reliable Confidential Source (CS 1) purchased two ounces of cocaine from Dmtrice "Mickey" BOOTH. At this meeting, BOOTH gave CS 1 a plastic bag containing 54.4 net grams of cocaine and CS 1 paid BOOTH $2,100 in official advanced funds (The DEA South Central Laboratory confirmed the active ingredient to be Cocaine Hydrochloride).

2. On July 27, 2011, at law enforcement direction, a reliable Confidential Source (CS 2) placed a telephone call to Dmtrice BOOTH. Agents overheard the conversation in which CS 2 advised BOOTH he/she was en route to BOOTH's residence to pick up cocaine. While at BOOTH's residence CS 2 purchased a bag containing 119.9 net grams of cocaine from Dmtrice BOOTH for $4,250.00 (The DEA South Central Laboratory confirmed the active ingredient to be Cocaine Hydrochloride).

3. On August 8, 2011, at law enforcement direction, CS 2 placed a telephone call to Dmtrice BOOTH. Law enforcement agents observed CS 2 dial BOOTH's number. In this conversation CS 3 advised BOOTH that he/she was en route to BOOTH's residence to pick up four and half ounces of cocaine.

4. Subsequent to the above conversation, on August 8, 2011, CS 2 received 101.5 net grams of cocaine from BOOTH and paid BOOTH $4,250 Official Advanced Funds (The DEA South Central Laboratory confirmed the active ingredient to be Cocaine Hydrochloride).

5. On March 16, 2011, law enforcement interviewed a reliable confidential source (CS 3) in Jackson, Mississippi. CS 3 advised agents that he/she had been purchasing marijuana from "Mickey", Dmtrice BOOTH, for approximately nine months. CS 3 stated he/she usually purchases seventy (70) pounds of marijuana at a time and during this nine month period CS 3 believes he/she has purchased in excess of a thousand pounds of marijuana from Dmtrice BOOTH. CS 3 first started paying five hundred eighty dollars ($580.00) per pound and Dmtrice BOOTH then raised the price to six hundred dollars ($600.00) per pound. CS 3 advised that Dmtrice BOOTH usually receives between four hundred to five hundred pounds of marijuana per shipment. Dmtrice BOOTH advised CS 3 that he was going to double up the amount of marijuana he receives, because he is selling it so

quickly. CS 3 advised that Dmtrice BOOTH will sell a shipment of approximately five hundred pounds of marijuana in about four to five hours.

6. On October 6, 2010 the DEA Gulfport Resident Office agents debriefed a reliable confidential source (CS 4) who explained that "Mickey", identified as Dmtrice Chantrail BOOTH, supplies drugs in the Bassfield, Mississippi area. CS 4 stated that he/she observed "Mickey" with 1 pound of purple (high grade marijuana) and 20-30 pounds of marijuana within the past month. CS 4 explained that the purple was being sold for $400.00 per ounce. CS 4 also explained that he/she drove a customer to "Mickey's" house to buy a cookie of cocaine for $300.00.

7. Subsequent to a court authorized Title III interception law enforcement intercepted numerous phone conversations where Dmtrice BOOTH discusses drug transactions. For example, on September 15, 2011 at 10:08 a.m. Dmtrice BOOTH received an incoming phone call (Session 130). In this conversation Dmtrice BOOTH's probation officer discusses with Dmtrice BOOTH about getting his life in order now that he is off of probation. Following Dmtrice BOOTH's conversation with his probation officer, on the same day, Dmtrice BOOTH received an incoming call from a customer. The caller asked Dmtrice BOOTH if he had anything for the caller. Dmtrice BOOTH advised the caller that he was out and would let him know later. Later the same day, Dmtrice BOOTH received another incoming phone call. In this call, the caller asked Dmtrice BOOTH if he had anything left. Dmtrice BOOTH advised the caller that he was out.

## CONCLUSION

Based upon my experience as a DEA Special Agent and the facts listed above involving, Dmtrice BOOTH it is my opinion that there is probable cause to believe that Dmtrice BOOTH has violated Title 21, United States Code, Sections 841 (a) (1) and 846, in that he has possessed with intent to distribute and conspired to possess with intent to distribute cocaine hydrochloride and marijuana.

Thomas O. Deichmann
Special Agent
Drug Enforcement Administration

Sworn and subscribed to me this 23 day of May, 2012.

UNITED STATES MAGISTRATE JUDGE